UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-14227-CIV-Moore/Garber

DAVID A. WARD, *et al.*,

    Plaintiffs,

v.

JOHN K. NIERLICH, *et al.*,

    Defendants.
_____/

## ORDER VACATING JULY 17, 2007, ORDER

THIS CAUSE is before the Court on the lead Defendants' (all Defendants except Carol Chandler) Motion for Leave to Exceed Page Limits (D.E. #538); this Court's July 17, 2007, Order granting that Motion (D.E. #539); and a *sua sponte* review of the file.

A review of the file reveals that Judge Moore did not refer the lead Defendants' Motion for Leave to Exceed Page Limits to the undersigned. Accordingly, it is ORDERED that:

(1) this Court's July 17, 2007, Order granting that Motion (D.E. #539) is VACATED; and

(2) the lead Defendants' (all Defendants except Carol Chandler) Motion for Leave to Exceed Page Limits (D.E. #538) remains pending before Judge Moore.

DONE AND ORDERED in Chambers at Miami, Florida this 18th day of July, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE